UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re: 60 91st Street Corp.*

KIM MORTIMER,

                        Appellant,

            -v-

HEIDI J. SORVINO,

                        Appellee.

20 Civ. 7654 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 23, 2020, appellant Kim Mortimer filed a notice of appeal, dated September 1, 2020, from a August 26, 2020 order of the U.S. Bankruptcy Court for the Southern District of New York. Dkt. 1 at 1–3. Mortimer indicates that she has served appellee Heidi J. Sorvino and others via first-class mail and ECF. *See id.* at 2.

Mortimer is directed, by September 30, 2020, to confirm via letter that she has provided the Court with the full record on appeal, as required by Federal Rule of Bankruptcy Procedure 8009. *See* Fed. R. Bankr. P. 8009(a)(1), (4). If the record is incomplete, Mortimer is instructed to supplement the record by that date.

If Sorvino wishes to supplement the record, she is to do so no later than October 7, 2020.

The Court has emailed a copy of this order to Mortimer.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2020
       New York, New York

2